*Breuer Constr. Co., Inc.*, 67 AD3d 1351, 1353 [2009]). We therefore further modify the order accordingly. Present—Scudder, P.J., Centra, Green, Gorski and Martoche, JJ.

■ DOMINICK CALHOUN, by and through his Next Friend, THE CHILDREN'S RIGHTS INITIATIVE, INC., Appellant, v ILION CENTRAL SCHOOL DISTRICT et al., Respondents. (Appeal No. 1.) [935 NYS2d 521]—

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Scudder, P.J., Centra, Green, Gorski and Martoche, JJ.

■ DOMINICK CALHOUN, by and through his Next Friend, THE CHILDREN'S RIGHTS INITIATIVE, INC., Appellant, v ILION CENTRAL SCHOOL DISTRICT et al., Respondents. (Appeal No. 2.) [936 NYS2d 438]—

Memorandum: Plaintiff, a former student at defendant Ilion Central School District (School District), commenced this action alleging that defendants violated the Americans with Disabilities Act ([ADA] 42 USC § 12101 *et seq.*), the Rehabilitation Act (29 USC § 701 *et seq.*), and the Human Rights Law (Executive Law § 290 *et seq.*) when they discriminated against him because of his learning disability. He also asserted a cause of action for defamation against defendant Christine Ruff as well as causes of action for assault and battery against defendant Peter Butchko. Both Ruff and Butchko were teachers employed by the School District. Defendants moved to dismiss the complaint pursuant to various subdivisions of CPLR 3211 and for summary judg-